# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-6828-GW-AGRx | Date | February 27, 2024 |
|---|---|---|---|
| Title | *Fidel Escobedo, et al. v. United States of America, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On February 26, 2024, the United States of America filed a Notice of Partial Settlement. The Court vacates all currently set dates, with the expectation that a dismissal will be filed, and sets an order to show re: settlement hearing for April 29, 2024 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on April 25, 2024.

:

Initials of Preparer   JG