JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FIDEL ESCOBEDO, Individually and as Successor in Interest to the Estate of Maria De La Luz Torres; ALEXANDRA ESCOBEDO, Individually and as Successor in Interest to the Estate of Maria De La Luz Torres; MARY CHAVEZ, Individually and as Successor in Interest to the Estate of Maria De La Luz Torres; MICHELLE OCHOA, Individually and as Successor in Interest to the Estate of Maria De La Luz Torrez,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, a government entity; CONSOLIDATED DISPOSAL SERVICE, LLC; REPUBLIC SERVICES; CARLOS BOTELLO-ORTEGA, an Individual; KEURIG DR PEPPER INC.; SPLASH TRANSPORT, INC.; CHARLES JAMES ERICSSON, an Individual; and | No. CV 22-6828-GW-AGRx<br><br>[Consolidated with No. CV 22-6530-GW-AGRx]<br><br>**JUDGMENT** |

| | |
|---|---|
| DOES 1 - 100, | |
| | Defendants. |
| AND RELATED CLAIMS. | |

On February 12, 2024, the United States served Rule 68 offers on the Escobedo Plaintiffs concerning the Escobedo Plaintiffs' (Fidel Escobedo, Alexandra Escobedo, Michelle Ochoa, and Mary Chavez) affirmative Federal Tort Claims Act ("FTCA") claims against the United States. *See* ECF No. 131-1–4. On February 20, 2024, the Escobedo Plaintiffs accepted those offers. *Id.* On February 22, 2024, the United States filed a Notice of Lodging of Accepted Rule 68 Offers, filing the offers and notices of acceptance on the docket pursuant to Fed. R. Civ. P. 68(a). ECF No. 131.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment in this action is entered in favor of Plaintiff Fidel Escobedo and against Defendant United States of America in the amount of $50,000 on all his claims against the United States brought pursuant to the FTCA (First Amended Complaint, Causes of Action 1-3).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment in this action is entered in favor of Plaintiff Alexandra Escobedo and against Defendant United States of America in the amount of $40,000 on all her claims against the United States brought pursuant to the FTCA (First Amended Complaint, Causes of Action 1-2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment in this action is entered in favor of Plaintiff Mary Chavez and against Defendant United States of America in the amount of $40,000 on all her claims against the United States brought pursuant to the FTCA (First Amended Complaint, Causes of Action 1-2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment in this action is entered in favor of Plaintiff Michelle Ochoa and against Defendant United States of America in the amount of $30,000 on all her claims against the United States brought pursuant to the FTCA (First Amended Complaint, Causes of Action 1-2).

IT IS SO ORDERED.

Dated: April 12, 2024

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE